IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**REGINALD DUNAHUE**                                                         **PLAINTIFF**
**ADC# 106911**

v.                  **CASE NO. 2:21-CV-00108-BSM**

**JODI RAINES DENNIS,** *et al.*                                     **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 5th day of August, 2022.

                                                                _/s/ Brian S. Miller_
                                                         UNITED STATES DISTRICT JUDGE